## NEELY COMPANY *v.* WILLIAMS *et al.*

PER CURIAM. While some of the charges of the court, complained of in the grounds of the amended motion for new trial, are not entirely accurate statements of law, under the evidence in this record they are not such as to require the grant of a new trial. The court, therefore, did not err in overruling the motion for new trial.

*Judgment affirmed. All the Justices concur, except Gilbert, J., disqualified.*
No. 606. AUGUST 15, 1918.

Equitable petition. Before Judge Hammond. Burke superior court. September 8, 1917.

*H. J. Fullbright,* for plaintiff.
*Brinson & Hatcher,* for defendants.